# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:15-CR-0118-WFN |
| Plaintiff, | PROTECTIVE ORDER |
| -vs- | |
| TERRENCE ANTHONY KINARD (1), COURTNEY VONTRELLE HARVEY (2), | |
| Defendants. | |

Pending before the Court is the Government's Motion for Protective Order.  ECF No. 18.  The Court has reviewed the file and the Government's Motions and is fully informed.  Accordingly,

**IT IS ORDERED** that the Government's Motion for Protective Order, filed November 5, 2015, **ECF No. 18**, is **GRANTED**, setting forth the following:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents.  A copy means a copy of the actual discovery, summarizing content of discovery, quoting from content of discovery, and providing it to the Defendant;

3. Defense counsel may show to, and discuss with, their client the discovery material, including sealed documents;

4. Defense counsel shall not provide original or copies of discovery materials directly to their client;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense

PROTECTIVE ORDER - 1

counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order. If the discovery is provided to a Court appointed "expert" or investigator under the parameters of this Order, that expert or investigator is subject to this Protective Order and therefore subject to sanctions for violation of said Order;

6. Defense counsel shall not electronically transpose the contents of such discovery material onto any other stationary/paper or media including attorney letterhead;

7. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 2:15-CR-0118-WFN;

8. The parties reserve the right to seek relief from this Protective Order should the need arise.

9. The Government's Motion to Expedite, filed November 5, 2015, **ECF No. 19,** is **GRANTED**. The underlying motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 12th day of November, 2015.

                                            s/ Wm. Fremming Nielsen
                                            WM. FREMMING NIELSEN
11-10-15              SENIOR UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER - 2