UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>TERRENCE ANTHONY KINARD,<br><br>Defendants. | No. 2:15-CR-0118-WFN-1<br><br>ORDER VACATING ORDER |

Pending before the Court is Defendant's Motion to Remand Order. ECF No. 120. The Court inadvertently issued an order prior to Mr. Kinard's reply deadline. The Court has reviewed the file and Mr. Kinard's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Mr. Kinard's Motion to Remand Order, filed March 2, 2018, **ECF No. 120**, is **GRANTED**.

2. The Court's December 20, 2017, Order, ECF No. 119 is **RETRACTED** and the Court's decision **VACATED**.

3. Mr. Kinard's reply regarding his § 2255 Motion shall be filed and served no later than **April 1, 2018**.

The District Court Executive is directed to file this Order, mark ECF No. 107 as 'PENDING' and provide copies of this Order to counsel and *pro se* Movant.

**DATED** this 6th day of March, 2018.

03-05-18

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER