PROB 12C
(6/16)

Report Date: March 23, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrence Anthony Kinard          Case Number: 0980 2:15CR00118-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 9, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846<br>Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 120 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Amended Sentence: (November 24, 2021) | Prison - 2,218 Days; TSR - 48 Months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: November 30, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 29, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/17/2022.

On December 1, 2021, Mr. Terrence Kinard signed his conditions relative to case number 2:15CR00118-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Kinard was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Kinard is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, cocaine, and morphine, previously occurring on or about March 15, 2022, based on urinalysis testing. |

Prob12C
Re: Kinard, Terrence Anthony
March 23, 2022
Page 2

As the Court may recall, on May 17, 2022, a petition was drafted in this case and forwarded to the Court to keep the Court apprised as to the client's then admitted use of methamphetamine, previously occurring on or about March 10, 2022, based on the client's admission. In the petition it was additionally noted, on March 15, 2022, the client submitted to random urinalysis testing with Pioneer Human Services, in which the client's submitted sample tested presumptive positive for amphetamine, methamphetamine, cocaine and morphine.

On March 16, 2022, the undersigned officer conducted a home contact with the client at his residence during which he admitted to previously ingesting methamphetamine, previously occurring on or about March 10, 2022, but in which he indicated difficulty in recalling his exact last date of use. This conduct was previously reported to the Court in the petition dated March 17, 2022. On March 21 and 22, 2022, the lab results specific to Mr. Kinard's previously submitted urinalysis sample from March 15, 2022, were received by the undersigned officer in which the sample was confirmed by the lab to be positive for amphetamine, methamphetamine, cocaine and morphine.

On March 23, 2022, Mr. Kinard was contacted telephonically and he remained absolute in his denial of having used methamphetamine since March 10, 2022, denied any use of cocaine, and denied ingesting morphine, although did indicate that he previously on one occasion accepted and ingested a pain pill from a party to assist him in addressing his knee pain. Mr. Kinard could not remember when he ingested the medication, and was unsure as to what the medication was other than to say that it did have a number imprinted on it which he believed to be the milligram dose of the pill.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 23, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Kinard, Terrence Anthony
March 23, 2022
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

March 24, 2022
Date