PROB 12C
(6/16)

Report Date: April 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Terrence Anthony Kinard | Case Number: | 0980 2:15CR00118-WFN-1 |
| Address of Offender: | | Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 9, 2017

Original Offense: Conspiracy to Distribute 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846;
Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 120 Months; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Amended Sentence: (November 24, 2021) | Prison - 2,218 Days; TSR - 48 Months | | |
| Asst. U.S. Attorney: | Dominique Juliet Park | Date Supervision Commenced: | November 30, 2021 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | November 29, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/17/2022, and 03/23/2022.

On December 1, 2021, Mr. Terrence Kinard signed his conditions relative to case number 2:15CR00118-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Kinard was made aware by his U.S. probation officer that he was required to submit to urinalysis testing as directed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 2**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Kinard is alleged to have violated special condition number 2 by failing to report to Pioneer Human Services in Spokane, Washington, on April 6, 2022, for random urinalysis testing when his assigned color was called. |

Prob12C
**Re: Kinard, Terrence Anthony**
**April 12, 2022**
Page 2

Specifically, on January 25, 2022, Mr. Kinard was assigned to random urinalysis testing with the contract provider in Spokane, due to the client's admitted relapse. As a part of the client's submitted referral, the process for random testing was explained to him and he committed to being present on the days that his assigned color was called.

On April 7, 2022, Mr. Kinard reported to the U.S. Federal Building in Spokane, for an initial appearance specific to alleged violations 1-3, under the current cause. The undersigned officer was aware that his assigned color had been previously called by the provider on both April 5, and again on April 6, 2022. Mr. Kinard indicated that he thought he had submitted to urinalysis testing on April 6, 2022, but readily admitted that he had not submitted to random urinalysis testing 2 days in a row.

The undersigned officer subsequently contacted the contract provider who confirmed that Mr. Kinard had tested negative on April 5, 2022, but had failed to report for testing on April 6, 2022. Mr. Kinard later stated confusion, and was provided approximately 40 minutes prior to his then scheduled Court hearing to submit to urinalysis testing at the U.S. Probation Office, but he indicated that he was ultimately unable to submit to urinalysis testing in the time allotted, having just used the restroom after his arrival to the federal building. Mr. Kinard was subsequently taken into custody as a part of his initial appearance on the day in question.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 12, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Kinard, Terrence Anthony
April 12, 2022
Page 3

## THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

_4/13/2022_
Date