PROB 12C
(6/16)

Report Date: August 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrence Anthony Kinard                Case Number: 0980 2:15CR00118-WFN-1

Address of Offender: ███████████████, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 9, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846; Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 120 Months; TSR - 48 Months |
| Amended Sentence: (November 24, 2021) | Prison - 2,218 Days; TSR - 48 Months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Dominique Juliet Park |
| Defense Attorney: | Amy H. Rubin |

Date Supervision Commenced: November 30, 2021
Date Supervision Expires: November 29, 2025

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/17/2022, 03/23/2022, and 04/12/2022.

On December 1, 2021, Mr. Terrence Kinard signed his conditions relative to case number 2:15CR00118-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Kinard was made aware by his U.S. probation officer that he was required to submit to urinalysis testing as directed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #2**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Terrence Kinard is alleged to have violated special condition number 2 on or about August 11, 2022, by providing an altered urinalysis sample during random urinalysis testing. |

Prob12C
Re: Kinard, Terrence Anthony
August 25, 2022
Page 2

Specifically, on August 11, 2022, Mr. Kinard reported to Pioneer Human Services in Spokane, to submit to random urinalysis testing as required after his assigned color was called on the day in question. Mr. Kinard subsequently submitted a urinalysis sample that tested presumptive positive for cocaine. Mr. Kinard denied any use of the substance and the sample was packaged and forwarded to the lab for verification. A drug use form was subsequently received on August 12, 2022, in which the client checked the box indicating his denial of any such use, and he subsequently signed his name.

On August 19, 2022, the lab report was received in regard to the sample submitted by Mr. Kinard at Pioneer Human Services on August 11, 2022, in which the sample was determined to be "substituted, not consistent with normal human urine - creatinine." Mr. Kinard was subsequently contacted telephonically by the undersigned officer on the day in question at which time the client denied having altered the sample.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 25, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/26/2022
Date