PROB 12C
(6/16)

Report Date:  August 30, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrence Anthony Kinard　　　　　　Case Number: 0980 2:15CR00118-WFN-1

Address of Offender: ███████████, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 9, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846; Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Amended Sentence: (November 24, 2021) | Prison - 2,218 Days; TSR - 48 Months | |
| Asst. U.S. Attorney: | Dominique Juliet Park | Date Supervision Commenced: November 30, 2021 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: November 29, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/17/2022, 03/23/2022, 04/12/2022, and 08/25/2022.

On December 1, 2021, Mr. Terrence Kinard signed his conditions relative to case number 2:15CR00118-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Kinard was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**:  Mr. Kinard is alleged to have violated mandatory condition number 3 by ingesting cocaine, previously occurring on or about August 23, 2022, based on urinalysis testing. |

Prob12C
**Re: Kinard, Terrence Anthony**
**August 30, 2022**
**Page 2**

Specifically, on August 23, 2022, Mr. Kinard presented to Pioneer Human Services in Spokane, for the purpose of submitting to random urinalysis testing as required. As a part of the contact, Mr. Kinard subsequently submitted a urinalysis sample that tested presumptive positive for amphetamine, methamphetamine, and cocaine. On August 24, 2022, a drug use admission form was received by the U.S. Probation Office in Spokane, in which the client checked the box denying any use of the illicit substances as indicated and signed his name. The sample was packaged and forwarded to the lab for the purpose of verification.

On August 29, 2022, the undersigned officer received the lab report specific to the client's submitted urinalysis testing on August 23, 2022, in which the sample was confirmed by the lab as positive for cocaine metabolite. It should be noted that the lab report specific to any alleged use of amphetamine or methamphetamine occurring on the day in question has yet to be received by the U.S. Probation Office.

On August 29, 2022, Mr. Kinard was contacted by the undersigned officer telephonically and confronted as to the presence of cocaine in his system. Mr. Kinard adamantly denied any use of any illicit substance as indicated.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 30, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
        with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/31/2022

Date