PROB 12C
(6/16)

Report Date: September 21, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 22, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrence Anthony Kinard        Case Number: 0980 2:15CR00118-WFN-1

Address of Offender: ███████████████    Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 9, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846; Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 120 Months; TSR - 48 Months |
| Amended Sentence: (November 24, 2021) | Prison - 2,218 Days; TSR - 48 Months |

Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Dominique Juliet Park        Date Supervision Commenced: November 30, 2021

Defense Attorney:      Amy H. Rubin                Date Supervision Expires: November 29, 2025

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/17/2022, 03/23/2022, 04/12/2022, 08/25/2022, and 08/30/2022.

On December 1, 2021, Mr. Terrence Kinard signed his conditions relative to case number 2:15CR00118-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Kinard was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Kinard is alleged to have violated mandatory condition number 3, by ingesting methamphetamine, previously occurring on or about September 8, 2022, based on urinalysis testing. |

**Prob12C**
**Re: Kinard, Terrence Anthony**
**September 21, 2022**
**Page 2**

Specifically, on September 8, 2022, Mr. Kinard presented to Pioneer Human Services in Spokane, for the purpose of submitting to random urinalysis testing as required. As a part of the contact, Mr. Kinard subsequently submitted a urinalysis sample that tested presumptive positive for amphetamine and methamphetamine.

On September 9, 2022, a drug use admission form was received by the U.S. Probation Office in Spokane, in which the client signed his name and checked the box denying any use of illicit substances as indicated. The sample was packaged and forwarded to the lab for the purpose of verification.

On September 19, 2022, the undersigned officer received the lab report specific to the client's submitted urinalysis testing on September 8, 2022, in which the sample was confirmed by the lab as positive for amphetamine and methamphetamine.

On September 20, 2022, Mr. Kinard was contacted by the undersigned officer telephonically and was confronted about the presence of amphetamine and methamphetamine being found in his system. Mr. Kinard indicated he may have used around the time frame, but his memory was poor and he could not recall for sure.

It should be noted, on September 20, 2022, the results of an updated assessment conducted by Pioneer Human Services in Spokane, was received in which the client's last use of methamphetamine was noted as occurring on September 7, 2022, and the document cited the client's use of the substance as having occurred 4-12 times within the last month.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Kinard, Terrence Anthony
September 21, 2022
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_9/22/2022_____
Date