PROB 12C
(6/16)

Report Date: September 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terrence Anthony Kinard | Case Number: 0980 2:15CR00118-WFN-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 9, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846; Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 120 Months; TSR - 48 Months |
| Amended Sentence: (November 24, 2021) | Prison - 2,218 Days; TSR - 48 Months |

| | | | |
|---|---|---|---|
| | | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | November 30, 2021 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | November 29, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/17/2022, 03/23/2022, 04/12/2022, 08/25/2022, 08/30/2022, and 09/21/2022.

On December 1, 2021, Mr. Terrence Kinard signed his conditions relative to case number 2:15CR00118-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Kinard was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Kinard is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, previously occurring on or about September 13, 2022, based on urinalysis testing. |

Prob12C
Re: Kinard, Terrence Anthony
September 26, 2022
Page 2

Specifically, on September 13, 2022, Mr. Kinard presented at Pioneer Human Services in Spokane for the purpose of submitting to random urinalysis testing as required. As a part of the contact, Mr. Kinard subsequently submitted a urinalysis sample that tested presumptive positive for amphetamine and methamphetamine.

On September 14, 2022, a drug use admission form was received by the U.S. Probation Office in Spokane, in which the client signed his name and checked the box denying any use of illicit substances as indicated. The sample was packaged and forwarded to the lab for the purpose of verification.

On September 23, 2022, the undersigned officer received the lab report specific to the client's submitted urinalysis testing on September 13, 2022, in which the sample was confirmed by the lab as positive for methamphetamine.

On September 20, 2022, Mr. Kinard was contacted by the undersigned officer in regard to his previously alleged use of amphetamine or methamphetamine, occurring on or about September 8, 2022, and as outlined in the petition dated September 21, 2022. Mr. Kinard indicated his inability to recall the last time that he had used illicit substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     September 26, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

9/26/2022
Date