PROB 12C
(6/16)

Report Date: January 30, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Terrence Anthony Kinard | | Case Number: 0980 2:15CR00118-WFN-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉, Spokane, Washington 99202 | | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | | |
| Date of Original Sentence: February 9, 2017 | | |
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846; Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 120 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Amended Sentence: (November 24, 2021) | Prison - 2,218 Days; TSR - 48 Months | |
| Revocation Sentence: (May 31, 2023) | Prison - 4 Months; TSR - 42 Months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: August 8, 2023 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: February 7, 2027 |

## PETITIONING THE COURT

**To issue a SUMMONS**

On August 8, 2023, Mr. Terrence Kinard signed his conditions relative to case number 2:15CR00118-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Kinard is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, previously occurring on or about January 21, 2024, based on both urinalysis testing and the client's admission of such use. |

Prob12C
Re: Kinard, Terrence Anthony
January 30, 2024
Page 2

Specifically, on January 24, 2024, the undersigned officer attempted contact with Mr. Kinard on a multitude of occasions, telephonically and through text messaging, in an attempt to direct Mr. Kinard to report for urinalysis testing. At approximately 3:45 p.m., Mr. Kinard answered his phone, indicating that he had not received the previous inquiries lodged by this officer. Mr. Kinard committed to reporting in the next 15-20 minutes for urinalysis testing. Mr. Kinard subsequently failed to report for urinalysis testing on the day in question.

On January 25, 2024, Mr. Kinard was again contacted by the undersigned officer, at which time he indicated he had reported on January 24, 2024, as directed, but was advised by Court security staff that the U.S. Probation Office was closed, and probation office staff had "left early." Court security staff later verified to the undersigned officer that the client's statement was not accurate.

Mr. Kinard subsequently reported to the U.S. Probation Office on January 25, 2024, and prior to urinalysis testing, admitted to having previously ingested methamphetamine on January 21, 2024, indicating he had been watching the football game at another residence, when several individuals arrived who began smoking methamphetamine. Mr. Kinard indicated that he then also subsequently ingested the substance. When questioned why he did not leave, Mr. Kinard indicated he did not do so because he had "money on the game." Mr. Kinard did sign a drug use admission form serving to memorialize the disclosure.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 30, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

01/31/2024
Date