PROB 12C
(6/16)

Report Date: February 21, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 22, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terrence Anthony Kinard | Case Number: 0980 2:15CR00118-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮  Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 9, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846; Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 120 Months; TSR - 48 Months |
| Amended Sentence: (November 24, 2021) | Prison - 2,218 Days; TSR - 48 Months |
| Revocation Sentence: (May 31, 2023) | Prison - 4 Months; TSR - 42 Months |
| Asst. U.S. Attorney: | Timothy John Ohms |
| Defense Attorney: | Amy H. Rubin |

Type of Supervision: Supervised Release

Date Supervision Commenced: August 8, 2023

Date Supervision Expires: February 7, 2027

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/30/2024.

On August 8, 2023, Mr. Terrence Kinard signed his conditions relative to case number 2:15CR00118-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Kinard is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, previously occurring on or about February 14, 2024, based on urinalysis testing. |

Prob12C
Re: Kinard, Terrence Anthony
February 21, 2024
Page 2

Specifically, on February 7, 2024, the undersigned officer received notification from the contract provider that the client had failed to appear for random urinalysis testing when his previously assigned color was called by the provider on February 6, 2024. Subsequent attempts to contact the client telephonically and by text messaging on the day in question went without response. It should be noted that the client's girlfriend would later contact the undersigned officer telephonically at 11:49 a.m. to advise the client had been up all night due to illness, further clarifying that he was currently sleeping.

At 6:05 p.m., on February 7, 2024, unscheduled home contact was conducted with the client, at which time the client was observed to be sitting in his car. Mr. Kinard reaffirmed his current illness and stated that he was on his way to urgent care. Mr. Kinard was directed to provide medical documentation on the day in question in support of his claim, but subsequently failed to do so. On February 8, 2024, alleged medical documentation was received from the client's girlfriend, which did not include any facility or provider information. The undersigned officer again requested adequate documentation that identified the provider, client, and completed services or assessed client needs, for the purpose of excusing the client's missed urinalysis appointment.

On February 14, 2024, scheduled home contact was conducted with the client for the purpose of collecting a random urinalysis sample and adequate medical documentation. During the home contact, suitable medical documentation was obtained verifying the client's engagement in medical services on February 7, 2024, as well as his current illness. Mr. Kinard also indicated his ability to submit a urinalysis sample for testing, which ultimately tested presumptive positive for methamphetamine. Mr. Kinard denied any use of the substance and signed a drug use denial form. The collected urinalysis sample was packaged and forwarded to the lab for verification.

On February 20, 2024, the lab report was received specific to Mr. Kinard's collected urinalysis sample, and it confirmed the client's sample was positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 21, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Kinard, Terrence Anthony
February 21, 2024
Page 3

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

2/22/2024

Date